IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-01-394** |
| | : | |
| v. | : | **FILED** |
| | : | HARRISBURG, PA |
| **JAMES JOHNSON** | : | APR 26 2005 |
| | : | |
| | : | MARY E. D'ANDREA, CLERK |
| **NOTICE OF ELECTION** | | Per _____ Deputy Clerk |

      I, James Johnson, movant in the captioned action, have read the order of court which accompanied this form entitled "Notice of Election." Pursuant to that order, I elect to proceed in this action as follows:

**X**      I have labeled my motion as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. I choose to have the court rule on my motion as filed. I understand that I may be forever barred from presenting in federal court any claim not presented in this motion. I further understand that by doing so I lose my ability to file a second or successive motion absent certification by the court of appeals, and that the potential for relief is further limited in a second or successive motion.

_____      I have labeled my motion as a motion to vacate, set aside, or correct sentence under 28 U.S.C. 2255. I choose to withdraw my motion so that I may file one, all-inclusive motion under 28 U.S.C. § 2255 within the one-year limit for filing such a motion.

YOUR ELECTION ON THIS FORM, AS WELL AS THE FAILURE TO MAKE AN ELECTION, WILL BE BINDING ON YOU AS RELATES TO YOUR LITIGATION IN FEDERAL COURT OF ANY CLAIM RELATED TO THE CUSTODY YOU HAVE CHALLENGED. READ CAREFULLY THE ORDER ACCOMPANYING THIS FORM NOTICE OF ELECTION.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **4-24-05**            _(signature)_
          (Date)                                (Signature of Petitioner)

1

James Johnson - 09137-067
F.C.I Allenwood
P.O. Box 2000
Whitedeer, P.A., 17887

FEDERAL CORRECTIONAL
INSTITUTION ALLENWOOD

Office of the Clerk
United States District Court
To: Judge Sylvia Rambo
228 Walnut Street
P.O. Box 983
Harrisburg, P.A., 17108

17108-0983


