IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**          :          **CRIMINAL NO.  1:CR-01-394**

**v.**          :

**JAMES JOHNSON**          :

**O R D E R**

Before the court is Petitioner's motion filed pursuant to 28 U.S.C.
§ 2255.  Petitioner has elected to proceed on his petition as it is presently filed.
Accordingly.  **IT IS HEREBY ORDERED THAT:**

1) The Clerk of Court shall serve the United States with a copy of this
order and the petition.

2) Respondent shall show cause within twenty (20) days of the date of
this order why the petitioner should not be granted habeas corpus relief.

3) A determination as to whether or not the petitioner should be
produced for a hearing will be held in abeyance pending the filing of a response.

4) The petitioner shall, if he so desires, file a reply to the response to the
show cause order within fifteen (15) days of its filing.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  April 27, 2005.