IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**  :  **CRIMINAL NO.  1:CR-01-394**

**v.**  :

**JAMES JOHNSON**  :

## MEMORANDUM AND ORDER

Before the court is a document filed *pro se* by Defendant entitled "Motion to Supplement Claim 1 with Additional Legal Support."  This motion pertains to Defendant's § 2255 petition now pending before the court.  It appears to the court that the document does not amend any claim but is merely legal argument in support of Defendant's claims.  On June 15, 2005, Defendant was appointed legal counsel; therefore, all documents must be filed by counsel.  The motion, while filed of record, will not be considered by the court and will be deemed stricken.

**IT IS THEREFORE ORDERED THAT:**

1) Document 101 in the captioned action is deemed to be stricken.

2) All future documents shall be filed through counsel.

3) The Clerk of Court shall send a copy of document 101 to counsel for defendant.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  July 25, 2005.