DEFENDANT'S EXHIBIT LISTING

JUDGE:    Sylvia H. Rambo                                        Case No.: 1:01-CR-0394-01
CAPTION:  USA v. James Johnson

| Exhibit | Description of Object or Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|
| 1 | Charges, 2001 Guidelines as to James Johnson | 8/10/05 | 8/10/05 | Admit | James Johnson |
| 2 | Letter from Johnson to Thornton dated 5/22/02 | 8/10/05 | 8/10/05 | Admit | James Johnson |
| 3 | Sentencing Transcript | 8/10/05 | 8/10/05 | Admit | James Johnson |
| 4 | 2001 Federal Sentencing Handbook | 8/10/05 | 8/10/05 | Admit | Thomas Thornton |
| 5 | Trial Transcript pages 38-40 | 8/10/05 | 8/10/05 | Admit | James Johnson |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |