UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea,
Clerk

717-221-3920

**FILED
HARRISBURG**

AUG 1 9 2005

MARY E. D'ANDREA, CLERK
Per_____
         DEPUTY CLERK

IN RE: USA v. James Johnson
Case #1:01-CR-394-01

TO COUNSEL:

Your **original** exhibits from the 2255 motion hearing held 08/10/05 are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport should that be necessary.

Very truly yours,

Mary E. D'Andrea, Clerk

Mark J. Armbruster
Deputy Clerk

### RECEIPT

Receipt is hereby acknowledged for the exhibits introduced by <u>James West, Esq.</u>
(For Defendant)

In the above-captioned matter.

08/17/05
(Date)

Deborah Y Jordan
(Signature)